IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 4:21-CR-00185-DGK-1 |
| MATTHEW R. TYSON, | ) ) | |
| Defendant. | ) | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

On October 19, 2021, the Honorable Lajuana M. Counts, United States Magistrate Judge for the Western District of Missouri, issued her Report and Recommendation, ECF No. 125, recommending Defendant's guilty plea be accepted and Defendant be adjudged guilty of being a felon in possession of a firearm in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

Neither party objected to the Report and Recommendation, and the time for doing so has passed. 28 U.S.C. § 636(b)(1)(C); L.R. 74.1(a)(2). Considering the evidence in the record and the lack of objection from either party, the Court adopts Judge Counts' Report and Recommendation and (1) accepts Defendant's plea of guilty and (2) finds Defendant guilty of the aforementioned crimes.

**IT IS SO ORDERED.**

Date: December 1, 2021          /s/ Greg Kays
                                GREG KAYS, JUDGE
                                UNITED STATES DISTRICT COURT